IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60447
Summary Calendar
_____

MERCEDES CAMPOS-ORTIZ,

                                              Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                              Respondent.

- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
A74-297-994
- - - - - - - - - -

September 13, 1999

Before REAVLEY, SMITH and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Mercedes Campos-Ortiz, a native and a citizen of El Salvador, seeks review of an order by the Board of Immigration Appeals (BIA) which adopted the decision of the immigration judge denying her application for asylum and for the withholding of deportation.  She argues that, should she return to El Salvador, she would be persecuted on account of her political views and her membership in a particular social group (i.e., her family).  For the reasons assigned, we must deny her petition.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

On July 20, 1995, the Immigration and Naturalization Service issued a show cause order asserting that Campos was subject to deportation because she had entered the United States without inspection.  At the subsequent hearing Campos testified that in May 1993, former guerrillas came to her home looking to recruit her.  She stated that, in the wake of the 1992 peace accords, the guerrillas had not disbanded but had instead turned to crime. Campos advised the court that she narrowly escaped being abducted by the guerrillas when her neighbors intervened.  She stated that, shortly thereafter, she had fled the country.  According to her parents, the guerrillas have subsequently returned several times looking for her.

The BIA credited Campos's account, but found that she had failed to demonstrate a well-founded fear of persecution on any of the five grounds recognized for asylum -- race, religion, nationality, membership in a particular social group, or political opinion.  See 8 U.S.C. § 1101(a)(42)(A); Jukic v. INS, 40 F.3d 747 (5th Cir. 1994).

Our review of the record and the briefs persuades that the decision of the BIA is supported by substantial evidence. Carbajal-Gonzalez v. INS, 78 F.3d 194 (5th Cir. 1996).

The petition for review is DENIED.